# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# HOZIER

**Reg. No. 4,911,329**
**Registered Mar. 8, 2016**
**Int. Cls.: 9, 25 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



Director of the United States
Patent and Trademark Office

HASKEY LIMITED (IRELAND AN IRISH COMPANY)
MOONDANCE
CHURCH ROAD, NEWCASTLE CO. WICKLOW
IRELAND

FOR: MAGNETIC DATA CARRIERS, RECORDING DISCS, COMPACT DISCS AND DVDS FEATURING PERFORMANCES BY A MUSICAL ARTIST, A MUSICAL BAND OR A MUSICAL GROUP; DIGITAL MUSIC AND VIDEOS FEATURING PERFORMANCES BY A MUSICAL ARTIST, A MUSICAL BAND OR A MUSICAL GROUP DOWNLOADABLE FROM THE INTERNET; PRE-RECORDED VIDEO AND SOUND RECORDINGS FEATURING MUSIC AND MUSICAL PERFORMANCES; PHONOGRAPH RECORDS AND PRE-RECORDED COMPACT DISCS FEATURING MUSIC AND MUSICAL PERFORMANCES; OPTICAL DISCS BEARING MUSICAL SOUND AND MUSIC VIDEO RECORDINGS; LOUDSPEAKER SYSTEMS; HEADPHONES, MP3 PLAYERS; RADIOS, TELEPHONES, MOBILE TELEPHONES; VIDEO GAMES SOFTWARE; ELECTRONIC PUBLICATIONS DOWNLOADABLE FROM THE INTERNET IN THE NATURE OF NEWSLETTERS AND ARTICLES IN THE FIELD OF MUSIC AND ENTERTAINMENT; EYEGLASSES, SUNGLASSES, SPECTACLES; DOWNLOADABLE PODCASTS IN THE FIELD OF MUSIC; DOWNLOADABLE WALLPAPERS, WIDGETS, ICONS AND BANNERS; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS, BOOKLETS AND MAGAZINES IN THE FIELD OF MUSIC; DOWNLOADABLE POSTERS AND PHOTOGRAPHS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, POLO SHIRTS, SWEATSHIRTS, PULLOVERS, FLEECE PULLOVERS, JACKETS, FLEECE JACKETS, PANTS, SHORTS, UNDERWEAR, BELTS; FOOTWEAR, SPORT SHOES, SOCKS; SCARVES, BANDANAS; HEADWEAR, NAMELY, HATS, CAPS AND SKULL CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE PERFORMANCES BY A MUSICAL ARTIST, A MUSICAL BAND OR MUSICAL GROUP; PRODUCTION OF SOUND RECORDINGS AND VIDEOS; TELEVISION AND RADIO ENTERTAINMENT SERVICES, NAMELY, PRODUCTION OF TELEVISION AND RADIO PROGRAMS; PRODUCTION OF VIDEO AND SOUND RECORDINGS; PRESENTATION, PRODUCTION AND PERFORMANCE OF LIVE SHOWS, NAMELY, MUSICAL SHOWS, MUSIC CONCERTS; PROVIDING SOUND RECORDING STUDIOS, FILM STUDIOS, AUDIO AND VIDEO STUDIO SERVICES; AUDIO, FILM, VIDEO AND TELEVISION RECORDING STUDIO SERVICES; SOUND RECORDING, FILM AND VIDEO PRODUCTION AND DISTRIBUTION SERVICES; PROVIDING NON-DOWN-

**Reg. No. 4,911,329** LOADABLE PRE-RECORDED DIGITAL MUSIC FROM THE INTERNET AND WEB SITES ON THE INTERNET; PROVIDING ON-LINE PUBLICATIONS IN THE NATURE OF BOOKS, BOOKLETS, BROCHURES, MAGAZINES, NEWSLETTERS IN THE FIELD OF MUSIC; ADVISORY AND INFORMATION SERVICES RELATING TO THE AFORESAID, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 2-14-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1248361 DATED 6-11-2014, EXPIRES 6-11-2024.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES ANDREW HOZIER-BYRNE, WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 79-165,697, FILED 6-11-2014.

CARYN GLASSER, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.